*Felony*

# United States District Court

<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>

United States District Court
Southern District of Texas
FILED

AUG 0 9 2007

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.
Heliodoro MORENO (41 YOA)

## CRIMINAL COMPLAINT

CASE NUMBER: B-07-797 MJ

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or <u>August 7, 2007</u> in <u>Willacy</u> County, in the <u>Southern</u> District of <u>Texas</u> defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally Possess with intent to distribute approximately 13.16 kilograms of cocaine, a Scheduled II Controlled Substance, under the Controlled Substance Act of 1970, in violation of Title 21 USC 841 (a)(1), and did further Conspire with Intent to Distribute that same 13.16 kilograms of cocaine, in violation of Title 21 USC 846.

in violation of Title <u>21</u> United States Code, <u>846 and 841(a)(1)</u>

I further state that I am a(n) <u>Special Agent</u> and that this complaint is based on the following
Official Title

facts: On August 7, 2007, Texas Department of Public Safety Trooper Lionel Trevino conducted a traffic stop for defective equipment on a 2003 Jeep Liberty, TX #122XDX traveling northbound on HWY I-77 in Raymondville, Texas. Trooper Trevino obtained consent to search from the driver identified as Heliodoro MORENO. Trooper Trevino observed a false modified compartment that contained approximately 12 kilograms of cocaine. MORENO admitted to placing the cocaine in the false compartment. MORENO was arrested without incident.

Continued on the attached sheet and made a part ☐ Yes ☒ No

*[signature]*
SA David Nichoff
**Signature of Complainant**

Sworn to before me, and subscribed in my presence,

<u>August 9, 2007</u>
**Date**

at <u>Brownsville, Texas</u>
**City and State**

<u>U.S. Magistrate Judge John William Black</u>
**Name and Title of Judicial Officer**

*[signature]*
**Signature of Judicial**